U.S. District Court
Northern District of Ohio (Toledo)
CRIMINAL DOCKET FOR CASE #: 3:19-mj-05021-JRK-1

Case title: United States of America v. Davis          Date Filed: 01/18/2019

Assigned to: Magistrate Judge James R. Knepp, II

**Defendant (1)**

**Daniel Paul Davis**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:922(g)(1) Felon in Possession of a Firearm | |

**Plaintiff**

**United States of America**       represented by   **Matthew D. Simko**
Office of the U.S. Attorney - Toledo
Northern District of Ohio
3rd Floor
4 Seagate
Toledo, OH 43604
419-241-0753
Email: matthew.simko@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2019 | 1 | SEALED COMPLAINT filed by USA as to Daniel Paul Davis (1). (Attachments: # 1 Affidavit) (S,JM) (Entered: 01/18/2019) |

| | | |
|---|---|---|
| 01/18/2019 | 3 | **Motion** to Seal Complaint by United States of America as to Daniel Paul Davis (1). (S,JM) (Entered: 01/18/2019) |
| 01/18/2019 | 4 | **Order** granting USA's 3 Motion to Seal Complaint as to Daniel Paul Davis (1). Magistrate Judge James R. Knepp, II on 1/18/2019. (S,JM) (Entered: 01/18/2019) |
| 07/16/2019 | | Arrest of Daniel Paul Davis (1) in Western District of Pennsylvania. (S,JM) (Entered: 07/17/2019) |
| 07/16/2019 | | Case unsealed as to Daniel Paul Davis (1) pursuant to arrest of Defendant. (S,JM) (Entered: 07/17/2019) |

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | **FILED** |
| v. | ) | 2:21 pm Jan 18 2019 |
| DANIEL PAUL DAVIS | ) Case No. | Clerk U.S. District Court |
| | ) 3:19MJ5021 | Northern District of Ohio |
| | ) | Toledo |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 13, 2018__ in the county of __Lucas__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C., Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Det. S. Bailey #2386*
Complainant's signature

FBI TFO/DET. S. Bailey #2386
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/18/2019

*James R. Knepp II*
Judge's signature

City and state: Toledo, Ohio

James R. Knepp II, United States Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO – WESTERN DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF APPLICATION | : | | |
| FOR AN ARREST WARRANT FOR | : | Case No. | 3:19MJ5021 |
| DANIEL PAUL DAVIS. | : | | |
| | : | | |

AFFIDAVIT IN SUPPORT OF
AN ARREST WARRANT

I, Detective Scott Bailey, Task Force Officer for the Federal Bureau of Investigation (FBI) Violent Crime Task Force, being first duly sworn, hereby depose and state as follows:

A. Introduction and Agent Background:

1. I, make this affidavit in support of an application for an arrest warrant for DANIEL PAUL DAVIS, DOB 08/10/1965, for the crime of Title 18, U.S.C., Section 922(g)(1) (Felon in Possession of a Firearm).

2. I have been a police officer since March 2006. I am currently assigned to the FBI's Cleveland Division, Violent Crime Task Force working in the Toledo Resident Agency, since January of 2015. Prior to my assignment with the Violent Crime Task Force, I was assigned to the Toledo Police Departments Gang Unit, as well as, the SWAT unit. During my time as a detective, I have investigated, among other crimes, violent crime and drug trafficking.

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from Agents, Detectives and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested warrant and does not set forth all information developed from the investigation.

4. Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that DANIEL PAUL DAVIS, violated Title 18 U.S.C., Section 922(g)(1) (Felon in Possession of a Firearm).

B. Probable Cause

1. On November 13th, 2018 at approximately 12:46 a.m., the Lucas County Sheriff's Office received a call concerning a drunk driving complaint. Off-duty deputy James Myrice observed the suspect vehicle go over a curb near 7401 Jerusalem Road. Deputy Myrice continued following the suspect vehicle as it traveled westbound on State Route 2, at which time Deputy Myrice observed the vehicle travel over the center line of State Route 2 and into the eastbound lane of traffic. Deputy Myrice continued following the vehicle as it was observed pulling into a driveway at 7007 Navarre Avenue, located in Oregon, Ohio.
2. A short time later, Sergeant Deputy Shrewsberry and Deputy Meinke arrived on scene and found the driver of the vehicle, DANIEL PAUL DAVIS, to be intoxicated. As DAVIS exited the vehicle, the deputies observed a large pillow on the front passenger seat of the vehicle and

observed some type of object under the pillow. The deputies picked the pillow up, at which time a Bushmaster AR-15, model XMI5-E2S, serial # LBM43540, loaded with 27 rounds was discovered. DAVIS was found to be intoxicated and was arrested for OVI, as well as having Weapons while Intoxicated.

3. Your affiant was advised, orally, on January 10th, 2019, by SA D. Bennett of the Bureau of Alcohol, Tobacco and Firearms that the Bushmaster AR-15, model XMI5-E2S, serial # LBM43540, was manufactured outside of the State of Ohio.

4. A preliminary check of the criminal history of DANIEL PAUL DAVIS identified the following convictions: (1) On September 15th, 2015, a Felony of 3rd degree conviction of Intimidation of Witness/Victim in Alleghany County, Pennsylvania.

**Conclusion:**

5. Based upon the information above, there is probable cause to believe that DANIEL PAUL DAVIS, DOB 08/10/1965, a convicted felon, was in possession of a loaded Bushmaster AR-15, model XMI5-E2S, serial # LBM43540, a firearm manufactured outside the State of Ohio, in violation of Title 18 U.S.C., Section 922(g)(1)(Felon in Possession of a Firearm). By this affidavit and application, your affiant is requesting the court issue an arrest warrant for DANIEL PAUL DAVIS.

Det. S.Bailey #2386
TFO Violent Crime Task Force
Federal Bureau of Investigation

Sworn to and subscribed before me this 18th day of January, 2019.

James R. Knepp, II
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>**DANIEL PAUL DAVIS**<br><br>*Defendant* | )<br>)<br>)  Case No.  3:19MJ5021<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  DANIEL PAUL DAVIS                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm:  Title 18 U.S.C., Section 922(g)(1)

*I hereby certify that this instrument is a true and Correct copy of the electronically filed original. Attest: Sandy Opacich, Clerk of Court, United States District Court, Northern District of Ohio*
By: *[signature]*
Deputy Clerk

Date:  01/18/2019

*[signature]*
*Issuing officer's signature*

City and state:  Toledo, OH

James R. Knepp, II United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*